**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01515-CMA-CBS

JAMES E. PHILLIPS, JR.,

      Plaintiff,

v.

BOARD OF WATER COMMISSIONERS,
DENVER WATER DEPARTMENT,
HAMLET "CHIPS" BARRY,
ROBERT MAHONEY, and
MICHAEL LEISTER,

      Defendants.
_____

**MINUTE ORDER ON DEFENDANT BARRY'S MOTION TO DISMISS**
_____
ENTERED BY CHRISTINE M. ARGUELLO

      Defendant Hamlet "Chips" Barry's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) (Doc. # 22) is GRANTED in part and DENIED in part as follows:
      Defendant Barry's Motion to Dismiss is GRANTED.
      Defendant Barry's Motion for Attorney's Fees and costs is DENIED.

      The case caption shall be amended in accordance with the Court's Order.

      DATED: October 9, 2009.